## LAWRENCE R. GILCHRIST v. STATE.

No. A-6930. Opinion Filed September 21, 1929.
(281 Pac. 151.)

Brown Moore and John W. Whipple, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

EDWARDS, P. J. The plaintiff in error was convicted in the district court of Payne county of manslaughter in the second degree, and his punishment fixed at a fine of $750.

It is shown by affidavit that since the appeal was taken to this court, the plaintiff in error departed this life. Since in a criminal action the purpose of the proceedings is to punish the defendant, the action must necessarily abate upon his death. It is therefore ordered

that the proceedings in the above-entitled cause and the judgment rendered therein be abated, and that the district court of Payne county enter its appropriate order to that effect.

DAVENPORT and CHAPPELL, JJ., concur.